UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>  DANIEL JOSEPH COOTS<br>  SHANNON YVETTE COOTS<br>                          Debtors | CASE NO: 05-40238<br>         (Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4045730**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 5/ 11 | CHARMING SHOPPES FASHION BUG<br>% FIRST EXPRESS<br>BOX 856021<br>LOUISVILLE, KY  40285 | 135.11 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 11/23/2010

Certificate of Service                05-40238

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

DANIEL JOSEPH COOTS
BOX 184
WAYNESVILLE, OH  45068

SHANNON YVETTE COOTS
2293 COMMONWEALTH DRIVE
XENIA, OH  45385

RICHARD E WEST
195 E CENTRAL AVE
BOX 938
SPRINGBORO, OH  45066

(11.1)
CHARMING SHOPPES FASHION BUG
% FIRST EXPRESS
BOX 856021
LOUISVILLE, KY  40285

(18.1n)
CITIMORTGAGE
CUSTOMER RESEARCH
BOX 9438
GAITHERSBURG, MD  20898

(21.1n)
CITIMORTGAGE INC
MCCALLA RAYMER  BK DEPT
1544 OLD ALABAMA RD
ROSWELL, GA  30076

(23.1n)
ECAST SETTLEMENT CORPORATION
BOX 35480
NEWARK, NJ  07193

(22.1n)
ECMC
LOCKBOX #8682
BOX 75848
ST PAUL, MN  55175

(17.1n)
ECMC
7325 BEAUFONT SPRINGS
SUITE 200
RICHMOND, VA  23225

(19.1n)
MCCALLA RAYMER
BANKRUPTCY DEPT
1544 OLD ALABAMA RD
ROSWELL, GA  30076

Jeffrey M. Kellner BY       /s/ Jeffrey M. Kellner                    sv